John and Marcina J. CICUTTO,
Respondents,

v.

Jerod A. WEAVER, Appellant,

and

Farmers Insurance Company,
Inc., Defendant.

No. WD 67686.

Missouri Court of Appeals,
Western District.

Sept. 25, 2007.

Application for Transfer to Supreme Court
Denied Oct. 30, 2007.

Application for Transfer Denied
Dec. 18, 2007.

Daniel Defoe, Kansas City, for Appellant.

Kevin Stanley, Kansas City, for Respondent.

Before THOMAS H. NEWTON,
Presiding Judge, PAUL M. SPINDEN,
Judge, and LISA WHITE HARDWICK,
Judge.

### ORDER

Jerod A. Weaver appeals the circuit court's judgment awarding damages to John and Marcina J. Cicutto for personal injuries resulting from an automobile accident. We affirm. Rule 84.16(b).